# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

  v.                                                     **Case No. 17-CR-205**

**FLOYD L. MARLOW, JR.,**

    Defendant.

## REPORT AND RECOMMENDATION ON DEFENDANT'S CHANGE OF PLEA

The United States of America and the defendant, Floyd L. Marlow, Jr., appeared before me on March 2, 2018, for a change of plea colloquy pursuant to Rule 11 of the Federal Rules of Criminal Procedure. *See* Court Minutes for Change of Plea Hearing, ECF No. 15. Both parties consented to my conducting the change of plea colloquy. I explained that it would be for United States District Judge J.P. Stadtmueller alone, not me, to enter the plea and that my role was to conduct the plea colloquy and then to prepare a report and recommendation for ultimate disposition by Judge Stadtmueller.

After Mr. Marlow was placed under oath and advised as to the implications of being untruthful, I questioned him about his competency to go forward with the hearing. Through his responses, I found that Mr. Marlow was lucid, possessed sufficient intellectual capabilities to understand the consequences of a change of

plea (with the assistance of counsel), and was not under the influence of any intoxicants or substances.

I then discussed in detail each of the subjects specified in Rule 11, including the rights Mr. Marlow would surrender by entering a plea of guilty, the maximum penalties associated with the charged offense, and the authority of the sentencing judge to disregard any recommendations in the Plea Agreement, ECF No. 12, and to sentence Mr. Marlow at the statutory maximums. Mr. Marlow fully understood the rights he was surrendering and the implications of pleading guilty. Mr. Marlow also was satisfied that he had received effective assistance of counsel.

At the conclusion of this colloquy, I determined that the guilty plea was knowing and voluntary and was not induced by threats or by promises not contained in the Plea Agreement. I found that there was an independent factual basis containing each of the essential elements of Counts One, Two, and Three of the Indictment, ECF No. 1, to which Mr. Marlow was pleading guilty. Mr. Marlow advised that he was pleading guilty to the charged offense because he was, in fact, guilty and that the United States could prove beyond a reasonable doubt that he was guilty of the charged offense.

Finally, I found that, in responding to my questions, Mr. Marlow was candid and respectful. He had some hesitations in responding to questions, but I determined that this was caused by his confusion rather than evasion. Mr. Marlow has no better than a 10th-grade education, and he explained that he found reading difficult. As such, I found his need to consult counsel in responding to my questions

2

understandable, and I bear no small amount of responsibility for the confusion due to my asking cumbersome questions. Accordingly, I recommend that the Court find that Mr. Marlow fully accepted responsibility for, and acknowledged the unlawfulness of, his conduct. He did not seek to shirk responsibility, as he provided truthful answers confirming the details of his offenses, and he stated the fact of his guilt without hesitation.

**NOW, THEREFORE, IT IS HEREBY RECOMMENDED** that defendant Floyd L. Marlow's plea of guilty be accepted; that a presentence investigation and report be prepared according to the schedule set by the Court; and that Mr. Marlow be adjudicated guilty and have sentence imposed accordingly.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Crim. P. 59(b), and E.D. Wis. Gen. L. R. 72(c), whereby written objections to any recommendation herein, or part thereof, may be filed within fourteen days of service of this Recommendation. Objections are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the District Judge shall result in a waiver of your right to appeal. If no response or reply will be filed, please notify the Court in writing.

Dated at Milwaukee, Wisconsin, this 5th day of March, 2018.

**BY THE COURT:**

*s/David E. Jones*
DAVID E. JONES
United States Magistrate Judge