# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FLOYD L. MARLOW, JR., <br><br> Defendant. | Case No. 17-CR-205-JPS <br><br><br> **ORDER** |

On November 28, 2017, the grand jury returned a four-count indictment against Defendant, charging him with distributing crack cocaine on two occasions in 2017 and doing so while in possession of a firearm. (Docket #1). On February 13, 2018, the parties filed a plea agreement indicating that Defendant has agreed to plead guilty to Counts One, Two, and Three of the Indictment. (Docket #12). Counts One and Three charge him with possession with intent to distribute cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), while Count Two charges him with possession of a firearm in furtherance of a drug trafficking offense, in violation of 18 U.S.C. § 924(c)(1)(A)(i). *Id.* at 2.

The parties appeared before Magistrate Judge David E. Jones on March 2, 2018 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #15). Defendant entered a plea of guilty as to each of the counts listed above. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Jones determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by independent

factual bases containing each of the essential elements of the offenses. (Docket #16 at 1–2).

On March 5, 2018, Magistrate Jones filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* at 3. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* To date, no party has filed such an objection. The Court has considered Magistrate Jones' recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge David E. Jones' March 5, 2018 Report and Recommendation (Docket #16) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 23rd day of March, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge